IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA ALEJANDRINO, | No. 3:14-cv-02866 JSC (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the a further settlement conference is scheduled for March 19, 2015 at 9:30 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102.

Defendant must provide the plaintiff and the Court updated settlement conference documents no later than February 12, 2015. All other provisions of the Court's November 5, 2014 Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's courtroom deputy at (415) 522-3694 if this case settles prior to the date set for settlement conference.

**IT IS SO ORDERED.**

Dated: February 2, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge