IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA ALEJANDRINO, | No. 3:14-cv-02866 JSC (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for June 9, 2015 at 1:30 p.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102.

The parties must provide the Court updated settlement conference documents no later than May 29, 2015. All other provisions of the Court's November 5, 2014 Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's courtroom deputy at (415) 522-3694 if this case settles prior to the date set for settlement conference.

**IT IS SO ORDERED.**

Dated: March 23, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge