UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA ALEJANDRINO,<br>    Plaintiff,<br>    v.<br>SAN FRANCISCO, CITY AND COUNTY OF,<br>    Defendant. | Case No. 14-cv-02866-JSC<br><br>**AMENDED PRETRIAL ORDER** |

The Court issued a Pretrial Order in this case on October 10, 2014. (Dkt. No. 20.) Following the Further Case Management Conference held on April 2, 2015, the Court VACATES the dates set forth in the initial Pretrial Order, and HEREBY ORDERS THAT:

## I.  CASE MANAGEMENT SCHEDULE

| | |
|---|---|
| Fact Discovery Cut-Off: | August 7, 2015 |
| Expert Witness Disclosures: | October 9, 2015 |
| Rebuttal Expert Witness Disclosures: | October 22, 2015 |
| Deadline for Hearing Dispositive Motions: | September 25, 2015 |
| Expert Discovery Cutoff: | November 6, 2015 |

## II.  TRIAL DATE

A.  Jury trial will begin on February 1, 2016, at 8:30 a.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.

B.  The Court is expecting the length of the trial to not exceed 7 court days.

## III.  PRETRIAL CONFERENCE

A Final Pretrial Conference shall be held on January 21, 2016, at 2:00 p.m., in Courtroom F, 15th Floor.  Lead trial counsel for each party shall attend.

1   All other provisions of the Pretrial Order (Dkt. No. 20) remain in place.

2   **IT IS SO ORDERED**.

3   Dated:  April 2, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge