DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3960
Facsimile:       (415) 554-4248
E-Mail:            terence.howzell@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

ANDREW F. PIERCE, Esq., State Bar # 101889
GRETCHEN BIRKHEIMER, Esq., State Bar #222184
PIERCE & SHEARER LLP
220 Geng Road, Suite 230
Palo Alto, CA  94303
Telephone:      (650) 843-1900
Facsimile:       (650) 1843-1999

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA ALEJANDRINO, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-25,<br><br>    Defendants. | Case No. CV 14-2866 JSC (EDL)<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Conf. Date:     September 24, 2015<br>Time:              1:30 p.m.<br>Place:             Courtroom F, 15th Floor<br>Judge:            Honorable Jacqueline S. Corley<br><br>Date Action Filed:     July 30, 2014<br>Trial Date:                None Set |

The parties, through their counsel of record herein, submit the following Joint Case Management Conference Statement as directed in the Notice of the Court Clerk dated July 8, 2015.

## I.   STATUS OF LITIGATION

The parties reached a settlement in July 2015 after participating in settlement conferences supervised by Magistrate Judge Elizabeth Laporte.  The parties placed the settlement on the record and it is subject to the approval of the San Francisco Board of Supervisors ("the Board").  The Board was on Summer recess until September 2015.

The settlement will be heard today, September 22, 2015, by the San Francisco Public Utilities Commission ("the Commission").  It is anticipated that the Commission will recommend and forward the settlement to the Board for approval.  Based on the Board's current schedule, this settlement will be introduced by the Clerk of the Board on October 6 and assigned to the Government Audit and Oversight Committee.  The Committee has a regular meeting scheduled for October 15 at which settlements will be presented.  After the October 15 Commission meeting, the settlement would be forwarded for approval to the full Board on October 27 and November 3 (two readings on the consent calendar); the Mayor would be required to sign an approved settlement ordinance by November 13; and settlement checks would be issued thereafter.

## II.   SCHEDULING REQUEST

Based on the above, the parties request that the Court continue the case management conference to December 3, 2015 at 1:30 p.m.

| | |
|---|---|
| Dated: September 22, 2015 | DENNIS J. HERRERA<br>City Attorney<br>ELIZABETH S. SALVESON<br>Chief Labor Attorney<br>TERENCE J. HOWZELL<br>Deputy City Attorneys<br><br>By: s/ Terence J. Howzell<br>    TERENCE J. HOWZELL<br>Attorneys for Defendant<br>CITY & COUNTY OF SAN FRANCISCO |
| Dated: September 22, 2015 | PIERCE & SHEARER LLP<br><br>By: /s/ Andrew F. Pierce<br>ANDREW F. PIERCE<br>Attorneys for Plaintiff Zenaida Alejandrino |

In light of the settlement, the case management conference is continued to December 3, 2015 at 1:30 p.m.. If a stipulation for dismissal is not filed by December 1, 2015, a joint case management statement shall be filed by December 2, 2015.

Dated: September 23, 2015

**GRANTED**

*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley

(United States District Court, Northern District of California seal)